IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

AMBER E. DURRE,

          Plaintiff,

v.                                           Case No. 6:20-cv-01002-JWL

ANDREW SAUL,
Commissioner of Social Security,

          Defendant.

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this Social Security appeal, finds that reimbursement should be made for attorney's fees in the amount of $4,088.13.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), the EAJA attorney fee is payable to the Plaintiff as the litigant and may be subject to offset to satisfy any pre-existing debt the litigant may owe to the United States. In addition, if Plaintiff's counsel ultimately receives an award of attorney fees pursuant to 42 U.S.C. § 406(b), she must refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS THEREFORE ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,088.13**. The check for attorney's fees should be made payable to Plaintiff and mailed to Plaintiff's attorney's address.

*Amber E. Durre v. SSA*
*Civil Action No. 20-1002-JWL*
*Order Granting Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act*

Page **2** of **3**

      IT IS SO ORDERED.

      Dated this 19th day of August, 2020.

      *s/ John W. Lungstrum*
      JOHN W. LUNGSTRUM
      UNITED STATES DISTRICT JUDGE

APPROVED:

STEPHEN R. McALLISTER
United States Attorney

**s/ Michelle A. Jacobs**
MICHELLE A. JACOBS, Ks S.Ct.No. 21261
Assistant United States Attorney
290 Federal Bldg., 444 SE Quincy Street
Topeka, Kansas 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Email:  michelle.jacobs@usdoj.gov
Michelle.Jacobs@usdoj.gov
Attorneys for Defendants

OF COUNSEL
Mona Ahmed
Acting Regional Chief Counsel, Region VIII
Social Security Administration

Laura H. Holland, NY Bar #4589420
Assistant Regional Counsel

*Amber E. Durre v. SSA*
*Civil Action No. 20-1002-JWL*
*Order Granting Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act*

Page **3** of **3**

**s/ *Kathleen E. Overton*** 
KATHLEEN E. OVERTON, Ks S.Ct.No. 22593
Parmele Law Firm, PC
1505 E. Bradford Parkway
Springfield, Missouri 65804
Phone: (816) 415-9300
Fax: (816) 415-3717
dap@danielparmelelaw.com
Attorney for Plaintiff